In the Matter of the Estate of CHARLES T. HOMEWOOD, Deceased. EMMA W. EGGERT et al., Appellants; FRANK P. WOLFE, Respondent.— All concur, except Harris, J., who dissents and votes for reversal and for remission to the Surrogate's Court with the direction to grant the petition. (The decree directs the surviving executor to charge against the legacies to appellants certain sums withheld by a coexecutor, and

credits the executor with the amount withheld to apply on the legacies.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.